Robert S. Arns, State Bar No. 65071
rsa@arnslaw.com
Jonathan E. Davis, State Bar No. 191346
jed@arnslaw.com
Kevin M. Osborne, State Bar No. 261367
kmo@arnslaw.com
Julie C. Erickson, State Bar No. 293111
jce@arnslaw.com
THE ARNS LAW FIRM
A Professional Corporation
515 Folsom St., 3rd Floor
San Francisco, CA 94109
Tel: (415) 495-7800
Fax: (415) 495-7888

Attorneys for Plaintiffs

*IT IS SO ORDERED*
*Judge Edward J. Davila*
*2/16/2017*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ROSALENE MULLINS, and SHARON STEWART, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HP INC.; AND DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | Case No. 5:17-cv-00141-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Judge: Honorable Edward J. Davila |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Rosalene Mullins and Sharon Stewart and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants HP Inc. and Does 1 through 100.

1  Dated: February 16, 2017

                                  THE ARNS LAW FIRM

                                  By: _____
                                      ROBERT S. ARNS
                                      JULIE C. ERICKSON

                                  Attorneys for Plaintiffs ROSALENE
                                  MULLINS and SHARON STEWART